UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAROLD WILLIAMS, BARBARA
WILLIAMS,

Plaintiffs,

-vs-                                                      Case No.  6:12-cv-1277-Orl-18KRS

CITY OF SANFORD,FLORIDA, SEMINOLE
COUNTY TAX OFFICE,

Defendants.

---

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiffs' Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2, 3). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED. The motions to proceed in forma pauperis are DENIED without prejudice and the complaint DISMISSED without prejudice to allow the plaintiff to file an amended complaint. Plaintiffs shall file their amended complaint within fourteen (14) days from the date of this order. Failure to do so will result in dismissal without further notice.

It is SO ORDERED in Orlando, Florida, this _____ 11 _____ day of September, 2012.

G. KENDALL SHARP
Senior United States District Judge

Copies to:
Unrepresented parties
Counsel of Record